**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERIKA T. GRAY,

          Plaintiff,

v.                                                                          Case No:  6:16-cv-500-Orl-40JBT

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiff's appeal of an administrative decision denying her applications for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income (Doc. 1) filed on March 22, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 4, 2017 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Commissioner of Social Security's decision is **AFFIRMED**.

3.      The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner of Social Security and against Plaintiff, Erika T. Gray

**DONE AND ORDERED** in Orlando, Florida on January 25, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2